MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JANET L. MERRILL, ESQ.
Nevada Bar No. 10736
**THE702FIRM INJURY ATTORNEYS**
400 South 7th Street, #400
Las Vegas, Nevada 89101
Telephone:   (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:        service@the702firm.com
                   janet@the702firm.com
and
ADAM S. KUTNER, ESQ,
Nevada Bar No. 4310
**ADAM S. KUTNER, P.C.**
1137 S. Rancho Drive, Suite 150-A
Las Vegas, NV  89102
Telephone: (702) 382-0000
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL GEORGEOS,<br><br>       Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC., dba ALBERTSON'S Store #129; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>       Defendants. | Civil Action No.: 2:20-cv-00823-KJD-DJA |

**STIPULATION FOR BRIEF EXTENSION OF TIME TO FILE**
**JOINT PRE-TRIAL ORDER**
**(1st REQUEST)**

The Parties, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for the Joint Pretrial Order from September 30, 2021 to November 1, 2021.

1.  On May 4, 2021, the Honorable Judge Daniel J. Albregts signed and issued an order allowing for an extension of discovery deadlines.  *See* ECF No. 27.  As part of the Order, the

deadline for the Joint Pretrial Order was set at September 30, 2021. *Id*.

2. The parties have worked diligently and cooperatively in completing discovery in this matter.

3. Due to a variety of scheduling conflicts and limited availability of certain deponents, the parties entered into a stipulation to take two depositions following the August 2, 2021 discovery cut-off. *See* ECF No. 30. The Honorable Judge Daniel J. Albregts granted the request and issued an order on July 22, 2021. *See* ECF No. 31.

4. The deposition of Dr. Mark Kabins was taken on September 11, 2021; the deposition of Dr. Bernard Ong has been set for October 25, 2021.

**IT IS SO STIPULATED.**

Dated this 16th day of September 2021.                    Dated this 16th day of September 2021.

**THE702FIRM INJURY ATTORNEYS**                    **BACKUS, CARRANZA & BURDEN**

By: */s/ Janet L. Merrill*                                             By: */s/ Jacquelyn Franco*
MICHAEL C. KANE. ESQ.                                         JACK P. BURDEN, ESQ.
Nevada Bar No. 10096                                              Nevada Bar No. 6918
BRADLEY J. MYERS, ESQ.                                      JACQUELYN FRANCO, ESQ.
Nevada Bar No. 8857                                                Nevada Bar No. 13484
JANET L. MERRILL, ESQ.                                       3050 South Durango Drive
Nevada Bar No. 10736                                              Las Vegas, NV 89117
400 S. 7th Street, Suite 400                                      *Attorneys for Defendant*
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.** Accordingly, the deadline to file the Joint Pretrial Order is November 1, 2021.

DATED this 17th day of September 2021.

_____
UNITED STATES MAGISTRATE JUDGE