Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GEORGEOS, | Case No. 2:20-CV-00823-KJD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S, LLC, dba, a foreign Limited-Liability Company, duly authorized to conduct business in Clark County, Nevada; DOES I through X; and ROE CORPORATIONS I through, inclusive, | |
| Defendants. | |

Plaintiff MICHAEL GEORGEOS, by and through his counsel Fikisha Miller, Esq. of The702Firm and Defendant ALBRTSON'S LLC., by and through its counsel Jack P. Burden, Esq. of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: Dec. 9, 2022

**BACKUS } BURDEN**

／s/ Jack P. Burden
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendant Albertson's LLC.*

DATED: December 8, 2022

**THE702FIRM**

／s/ *Fikisha L. Miller*
Michael C. Kane. Esq.
Bradley J. Myers, Esq.
Fikisha Miller, Esq.
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
E-Mail: mike@the702firm.com
brad@the702firm.com
fikisha@the702firm.com
*Plaintiff Michael Georgeos*

### ORDER re 2:20-CV-00823-KJD-NJK

**IT IS SO ORDERED.**

DATED this __13th__ day of __December__, 2022

_____
KENT J. DAWSON, U.S DISTRICT JUDGE

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By:   ／s/ Jack P. Burden
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
Albertson's, LLC.